Jared Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
CAROL A. RAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. RAY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:15-CV-02629-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 38 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Six Thousand Sixty-Three Dollars and Ninety-Six Cents ($6,063.96).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

   Upon the Court's issuance of an order granting EAJA fees to plaintiff, defendant's counsel will promptly, and in no event later than ten (10) days from the date the Court enters its order, prepare and submit all documentation necessary to allow the government to determine the issue of plaintiff's assignment of EAJA fees to plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 597-598 (2010), the government's ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.

   If the Department of the Treasury determines that plaintiff does not owe a federal debt, then

the government will cause the payment of fees to be made directly to plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by plaintiff. Any payments made will be delivered to JARED T. WALKER.

This stipulation constitutes a settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that plaintiff and/or plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Dated:  August 18, 2016                                              Respectfully submitted,

                                                                     __/s/ *Jared Walker*_____
                                                                     JARED T. WALKER,
                                                                     Attorney for Plaintiff


                                                                     BENJAMIN WAGNER
                                                                     United States Attorney

Dated:  August 19, 2016                      By:     /s/ Marcelo N. Illarmo*_____
                                                     [*as authorized via email on 8/19/2016]
                                                     MARCELO N. ILLARMO
                                                     Special Assistant United States Attorney
                                                     Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), IT IS ORDERED that EAJA fees are awarded to plaintiff in the amount of Six Thousand Sixty-Three Dollars and Ninety-Six Cents ($6,063.96) subject to the terms of the parties' foregoing Stipulation.

DATED: August 22, 2016                                 _____
                                                       ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE